UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **19-CR-00764-JB**   DATE: **4/9/2019**   TAPE NUMBER: **LCR-ROSWELL**

CLERK**: MICHELLE PETTIT**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Raymond Blair Kosier** | | ☐ | ☐ |

Interpreter:
Pretrial Officer present:
Court in Session: **3:00 P.M. to 3:15 P.M. (15 MINS)**

☒ Defendant was given/read a copy of charging document

☐ Agent sworn in OPEN COURT

☒ Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒ Court advises defendant(s) of possible penalties

☒ Court advises defendant(s) of all constitutional rights

☐ ORAL Motion for detention Hearing by Government

☐ Court grants Government's ☐   Defense ☐   oral motion to continue detention hearing

☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒ Defendant(s) in custody

☐ Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐ Conditions of Release set at:

☒ Other: **ARRAIGNMENT/ DETENTION HEARING IN ALBUQUERQUE ON WEDNESDAY, APRIL 17, 2019 AT 9:30 A.M. BEFORE JUDGE RITTER IN THE RIO GRANDE COURTROOM`.**