FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 4 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

    Plaintiff,

vs.

                        No. CR 19- 00764 JB

RAYMOND BLAIR KOSIER and
TONIANN SANDOVAL,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS AND CONTINUANCE OF THE TRIAL OF JUNE 17, 2019

**THIS MATTER** coming before the Court on Defendants' Unopposed Motion for Extension of Time in Which to File Motions and Continuance of the Trial of June 17, 2019, the Court having been sufficiently advised in the premises, **FINDS** that the ends of justice would be served by granting this extension and that the period of delay resulting from such extension shall be excludable from the time limitations set forth within 18 U.S.C. § 3161 (h)(7)(A).

**IT IS HEREBY ORDERED** that counsel for Defendants be granted an extension of time in which to file motions in this matter until June 24, 2019, and continuance of the trial of June 17, 2019 to the Court's September, 2019 trial calendar.

_____
United States District Judge

Approved:

Electronically filed May 7, 2019
Martin Lopez, III
Attorney for Defendant Sandoval

- 2 -

<u>Approved via e-mail May 6, 2019</u>
Paul Mysliwiec
Assistant U. S. Attorney

<u>Approved via e-mail May 6, 2019</u>
Richard B. Pugh
Attorney for Defendant Kosier

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed May 7, 2019 (Doc. 29). Specifically, the Defendants need to obtain discovery, outweighs the Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The pretrial motion deadline is _June 24, 2019_ The Court will set the trial for _September 3, 2019_ (trailing docket). This _11_ day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

_[signatures]_ 5/24/19   5/24/19